**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tavaris Leon DUNLAP, a/k/a Onion, Defendant–Appellant.**

No. 12–7030.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 7, 2012.

Tavaris Leon Dunlap, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tavaris Leon Dunlap appeals the district court's order denying his motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dunlap*, No. 4:07–cr–00482–TLW–3 (D.S.C. May 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*